DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL BENJAMIN,**
Appellant,

v.

**KHODAYAR AMIN, SEYEDEH ASHRAF KHATTAT,** and **UNKNOWN TENANT(S)** or **OTHER PARTIES IN POSSESSION,**
Appellees.

No. 4D21-1007

[March 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin Bidwill, Judge; L.T. Case No. 18-27069 CACE (05).

William F. Rhodes of William F. Rhodes, P.A., Miami, and Jennifer C. Pratt of PraDa Law, Miami, for appellant.

Roy D. Wasson of Wasson & Associates, Chartered, Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***